IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 20-51720 |
| | ) | CHAPTER 13 |
| | ) | |
| ROBERT A. BLUE | ) | JUDGE KOSCHIK |
| CHRISTOPHER A. BLUE-MCMAHON | ) | |
| | ) | |
| DEBTORS | ) | |

## **MOTION TO DISMISS CHAPTER 13 CASE**

Now come the Debtors, by and through counsel, and hereby request this Court to dismiss their Chapter 13 case, which was filed on September 15, 2020, pursuant to 11 U.S. Code § 1307(b). Debtors further state that this matter has not been previously converted.

Wherefore, Debtors respectfully request that this Court dismiss their Chapter 13 case and for any other and further relief that this Court deems just and proper.

Respectfully submitted,

/s/ Steven J. Heimberger
Steven J. Heimberger (#0084618)
Roderick Linton Belfance LLP
50 South Main Street, 10th Floor
Akron, OH 44308
Tel: (330) 434-3000
Fax: (330) 434-9220
Email: sheimberger@rlbllp.com
*Attorney for Debtors*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2023, a copy of the foregoing Motion

to Dismiss was served as follows:

Electronically via ECF:

- Steven Heimberger    sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Patrick A. Hruby    patrick.hruby@brockandscott.com, wbecf@brockandscott.com
- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov

Via Regular U.S. Mail, postage prepaid, to the following:

All Creditors listed on the attached Mailing Matrix.


/s/ Steven J. Heimberger
STEVEN J. HEIMBERGER
*Attorney for Debtors*

# CREDITOR MATRIX

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(c)ABILITY RECOVERY SERVICE
1 MONTAGE MOUNTAIN RD STE A
MOOSIC PA  18507-1777

Ashworth College
6625 The Corners Parkway
Suite 500
Norcross, GA 30092-3388

Bea Blue
606 Washington Avenue
Girard, OH 44420-2267

CBCS
6973 Promway Avenue NE
PO BOX 2714
North Canton, OH 44720-0714

CCS
Payment Processing Center
P.O. Box 55126
Boston, MA 02205-5126

Capital One
PO Box 26094
Richmond, VA 23260-6094

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)CBSC
1225 N MAIN ST
CANTON OH 44720-1959

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

City of Akron
One Cascade Plaza
11th Floor
Akron, OH 44308-1100

Contract Callers Inc.
501 Greene Street
3rd Floor
Suite 302
Augusta, GA 30901-4415

Credit Acceptance Corp
25505 West Twelve Mile Road
Southfield, MI 48034-8316

Credit Acceptance Corp
PO Box 513
Southfield, MI 48037-0513

Credit Collection Services
PO Box 607
Norwood, MA 02062-0607

Credit Finance
5165 Emerald Parkway #100
Dublin, OH 43017-1063

Dominion East Ohio
P.O. Box 26785
Richmond, VA 23261-6785

EMP of Cuyahoga County
P. O. Box 14099
Belfast, ME 04915-4034

(p)EMONEYUSA
8700 STATE LINE ROAD
SUITE 350
LEAWOOD KS 66206-1570

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241-7547

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

Global Client Solutions
4343 S. 118th East Avenue
Suite 220
Tulsa, OK 74146-4402

Huntington Bank
P.O. Box 341470-NC1W25
Columbus, OH 43234

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

McKinley College
2001 Love Street
Fort Collins, CO 80525-3474

Metabank
5501 S. Broadband Lane
Sioux Falls, SD 57108-2253

Midland Credit Management
2365 Northside Drive, Suite 300
San Diego, CA 92108-2709

Midland Credit Management
8875 Aero Dr.
San Diego, CA 92123-2255

NPRTO Ohio, LLC
256 West Data Drive
Draper, UT 84020-2315

Ohio Edison
5001 NASA Blvd
Fairmont WV 26554-8248

(p)OHIO EDISON
BANKRUPTCY DEPARTMENT
6896 MILLER ROAD
BRECKSVILLE OH 44141-3222

Orkin
1400 Marietta Blvd., Suite A
Atlanta, GA 30318-4144

Progressive Insurance
12005 Ford Road
Dallas, TX 75234-7230

Progressive Leasing
256 W. Data Drive
Draper, UT 84020-2315

Rent-A-Center
938 Kenmore Blvd.
Akron, OH 44314-2148

Spectrum
P.O. Box 901
Carol Stream, IL 60132-0901

Speedcash
7330 W 33rd Street
Suite 118
Wichita, KS 67205-9370

Spot Loan
914 Cheif Little Shell
Belcourt, ND 58316

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

(p)STARK STATE COLLEGE
ATTN ATTN PAYROLL
6200 FRANK AVE NW
NORTH CANTON OH 44720-7299

Stow Kent Animal Hospital
4559 Kent Road
Kent, OH 44240-5298

Swiss Colony
1112 7th Avenue
Monroe, WI 53566-1364

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848

THE HUNTINGTON NATIONAL BANK
PO BOX 889424
CLEVELAND, OH 44101-8539

Telecom Self Reported
P.O. Box 4500
Allen, TX 75013-1311

The General
2636 Elm Hill Pike
Suite 100
Nashville, TN 37214-3169

The Swiss Colony
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

The Villages of St Edwards
3131 Smith Road
Akron, OH 44333-2613

Towpath Credit Union
2969 Smith Road
Akron, OH 44333-2609

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Department of Education
PO Box 4222
Iowa City, IA 52244

(p)USCB CORPORATION
PO BOX 75
ARCHBALD PA 18403-0075

Verizon
P.O. Box 25506
Lehigh Valley, PA 18002